IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br>                                       ) <br>             Plaintiff,        ) <br>                                       ) <br>    v.                                ) <br>                                       ) <br> DAVID JOSEPH VON BARGEN,  ) <br>                                       ) <br>            Defendant.      ) <br> _____) | Case No. CR11-143-S-BLW <br><br> **ORDER** |

Defense counsel have informed the Court that they are no longer challenging the competency report and thus will not need the competency hearing now set for March 25, 2013.  They have also requested that trial not be set on that date but at some date a least a week in the future from that date.

The Court will set trial for April 8, 2013, just two weeks from the prior competency hearing date to accommodate defense counsels' request for additional time.  The period between the date of this Order and April 8, 2013 is excludable time under 18 USC § 3161(h)(1)(A), the provision authorizing excludable time for "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant," and under 18 U.S.C.

Order - 1

§ 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendants' and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the competency hearing set for March 25, 2013, is VACATED.

IT IS FURTHER ORDERED, that a **jury trial** be set in this case for **April 8, 2013, at 1:30 p.m.** in the Federal Courthouse in Boise Idaho.

IT IS FURTHER ORDERED, the a **pretrial hearing** be set for **March 28, 2013, at 4:00 p.m.** by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

**Order - 2**



DATED:  **March 8, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court